IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TED STONE**  PLAINTIFF

V.  CIVIL ACTION NO.: 4:18CV100-GHD-JMV

**PELICIA HALL, ET AL.**  DEFENDANTS

## JUDGMENT

On September 28, 2018, following a *Spears* hearing, the United States Magistrate Judge issued a Report and Recommendation, and Plaintiff acknowledged receipt of same on October 9, 2018. To date, no objections to the Report and Recommendation have been filed, and the deadline for filing objections expired on October 12, 2018. The Court has reviewed the Report and Recommendation and found no plain error. It is, therefore, **ORDERED**:

1. That the Report and Recommendation [25] is **ADOPTED** as the Order of the Court;

2. That Plaintiff's claim that Willie Knighten denied him dental care and medically necessary treatments shall **PROCEED**;

3. That Plaintiff's claim that that Sonja Stancial and Pelicia Hall subjected him to unconstitutional conditions of confinement in Unit 25 and retaliated against him by moving him to that unit shall **PROCEED**;

4. That Plaintiff's claim that Brand Huffman retaliated against Stone by transferring him to Parchman out of trusty status shall **PROCEED**;

5. That the remainder of Stone's claims are **DISMISSED**; and

6. That Laura Hopson is fully and finally **DISMISSED** from this action.

**SO ORDERED** this 30th day of October, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE