IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TED STONE**                                                                                       **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO.: 4:18CV100-GHD-JMV**

**PELICIA HALL, ET AL.**                                                                    **DEFENDANTS**

## ORDER RESTRICTING ACCESS

Before the Court is Defendant Knighten's motion to file an exhibit to Defendant's anticipated motion for summary judgment under seal. Because the exhibit contains Plaintiff's protected information, the Court **ORDERS** that Defendant's motion [75] is **GRANTED**. Upon Defendant Knighten's filing of her motion for summary judgment, the Clerk is **DIRECTED** to restrict access to "Exhibit B" to the parties and the Court.

**THIS** the 3rd day of May, 2019.

                                                            s/ Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE